UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 15-20366
                                    HON. TERRENCE G. BERG

MYREON J. TRIPPLETT,

        Defendant.
_____/

## ORDER STRIKING DOCUMENTS

Defendant Tripplett is scheduled to be sentenced before this Court on February 9, 2017. During the pendency of this case, Defendant's mother has filed several letters in the public docket that appear to contain personal information about the Defendant.

While the Court has carefully reviewed these letters, and will retain them in the Court's file, the Court finds that they should not remain a part of the public case record. Therefore, Dkts. 25, 26, 27, 31, 33, 38, and 42 shall be stricken.

**SO ORDERED.**

                                          s/Terrence G. Berg
                                          TERRENCE G. BERG
                                          UNITED STATES DISTRICT JUDGE

Dated: February 1, 2017

## Certificate of Service

I hereby certify that this Order was electronically submitted on February 1, 2017, using the CM/ECF system and/or postal mail.

                                      By: s/A. Chubb
                                          Case Manager